Billy Holdman
652 School Street
Pittsburg, CA 94565

Plaintiff in Pro Per

**FILED**
SEP 07 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
SEP - 1 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

BILLY HOLDMAN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. 4:10-cv-01194-CW

**STIPULATION EXTENDING TIME FOR FILING MOTION FOR SUMMARY JUDGMENT OR REMAND**

The parties hereto, by and through their undersigned attorneys hereby stipulate that Plaintiff, Billy Holdman, shall have an additional sixty days, through November 10, 2010, in which to file and serve a motion for summary judgment or remand in this action. This extension is necessary to permit Plaintiff to find an attorney to represent him in this matter.

Dated: 8/26/10

By: _____ [signature]
Plaintiff in Pro Per

Dated: 8/30/2010

By: _____ [signature]
Special Asst United States Attorney

1

STIPULATION EXTENDING TIME; CASE NO. 4:10-cv-01194-CW

1
2 | **SO ORDERED**
3 | Dated: **SEP 0 7 2010**          By: _____
4 |                                   United States District Judge
5
...
26
27 | STIPULATION EXTENDING TIME; CASE NO. 4:10-cv-01194-CW
28

2