UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY HOLDMAN,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. 4:10-cv-01194-CW<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME |

 IT IS HEREBY ORDERED that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from December 10, 2010 to January 10, 2011.  Further, it is hereby ordered that Plaintiff's reply will be due January 23, 2011.

Dated: __12/15/2010__     _/s/ Claudia Wilken_

        United States Judge Claudia Wilken